*[Signature: Bruce T. Beesley]*

Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**December 16, 2011**

W. Donald Gieseke
Bankruptcy Trustee
18124 Wedge Pkwy., Suite 518
Reno, NV 89511
wdg@renotrustee.com
(775) 742-9107
(775) 562-8181 (fax)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: ) | BK – 09-54031 |
| ) | CHAPTER 7 |
| ) | |
| LEHRER, RICK ALAN ) | **ORDER COMPELLING COMPLIANCE** |
| ) | **WITH TITLE 11, SECTION 543** |
| LEHRER, JENNIFER LYNNE ) | |
| ) | Hearing Date: December 6, 2011 |
| DEBTOR(S) ) | Hearing Time: 2:00 p.m. |

ORDER

Pursuant to the **TRUSTEE'S MOTION AND NOTICE FOR ORDER COMPELLING COMPLIANCE WITH TITLE 11, SECTION 543** (the "Motion") the Court finds and concludes as follows:

The Motion was properly noticed and no objection was filed.

IT IS HEREBY ORDERED that Rick Arnaud to turnover all electronic and hard copy records of the Debtor within fifteen (15) days of the entry of this Order and directing him to provide an accounting of the collection efforts that have been undertaken, funds that have been collected and the current location of any funds collected.

###

ALTERNATIVE METHOD re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

*No parties responded or appeared at the hearing*

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I do hereby affirm under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of December, 2011.

/s/ W. Donald Gieseke
W. Donald Gieseke, Trustee

Order to Extend time to Object - 1